AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Melvin Gale
XX XXXXX Street, N.E.
Washington, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 06-245

(Further described below)

I __Mark Dargis__ being duly sworn depose and say:

I am a(n) __Special Agent with the Federal Bureau of Investigation__ and have reason to believe
(Official Title)

that (name, description and or location): Melvin Gale has information stored in three cellular telephones which were recovered through a previously executed search warrant issued by this Court on July 11, 2006 & executed by Special Agent Mark Dargis on July 13, 2006. This evidence specifically is believed to contain stored names, & telephone numbers of co-conspirators digital photographs of known & unknown co-conspirators, records of recently made cellular telephone calls with co-conspirators, and records of electronic text messages exchanged between persons engaged in the illegal selling and distribution of prescription drugs

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched):
  Melvin Gale has information stored in three cellular telephones which were recovered through a previously executed search warrant issued by this Court on July 11, 2006 & executed by Special Agent Mark Dargis on July 13, 2006. This evidence specifically is believed to contain stored names, & telephone numbers of co-conspirators digital photographs of known & unknown co-conspirators, records of recently made cellular telephone calls with co-conspirators, and records of electronic text messages exchanged between persons engaged in the illegal selling and distribution of prescription drugs.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
SEE AFFIDAVIT

concerning a violation of Title _21_ United States Code, Section(s) _841(a)_ . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    NO

Bryan Roslund
OCNT/Rm. 4108
(202)202-514-4922

Signature of Affiant

Sworn to before me, and subscribed in my presence

_____    at Washington, D.C.
Date

_____    _____
Name and Title of Judicial Officer    Signature of Judicial Officer