AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Melvin Gale

**SEARCH WARRANT**

CASE NUMBER: 06-404-M-01

TO: __Mark Dargis__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Mark Dargis__ who has reason to believe that
(name, description and or location)
Melvin Gale has information stored in three cellular telephones which were recovered through a previously executed search warrant issued by this Court on July 11, 2006 and executed by Special Agent Mark Dargis on July 13, 2006. This evidence specifically is believed to contain stored names, and telephone numbers of co-conspirators digital photographs of known and unknown co-conspirators, records of recently made cellular telephone calls with co-conspirators, and records of electronic text messages exchanged between persons engaged in the illegal selling and distribution of prescription drugs.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

Melvin Gale has information stored in three cellular telephones which were recovered through a previously executed search warrant issued by this Court on July 11, 2006 and executed by Special Agent Mark Dargis on July 13, 2006. This evidence specifically is believed to contain stored names, and telephone numbers of co-conspirators digital photographs of known and unknown co-conspirators, records of recently made cellular telephone calls with co-conspirators, and records of electronic text messages exchanged between persons engaged in the illegal selling and distribution of prescription drugs.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___October 1, 2006___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 21 2006                                at Washington, D.C.
Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer            Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 09/21/2006 | 09/21/2006, 3:00 P.M. | To Be provided to LEGAL COUNSEL For Melvin Gale |

INVENTORY MADE IN THE PRESENCE OF SA Mark B. Dragis, FBI

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Electronic Data found stored in Cellular Telephones has been transcribed and can be found in the attached Document. (6 pages)

FILED
SEP 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _[signature]_ Mark B. D___

Subscribed, sworn to, and returned before me this date.

_[signature]_ John M. Facciola
U.S. Judge or U.S. Magistrate Judge

09/25/06
Date